UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDY ALBERTY,<br>    Plaintiff, | : | No. 3:20-CV-01014-AVC |
| | : | |
| v. | : | |
| | : | |
| TROOPER ROBERT A. HUNTER<br>And SERGEANT STEPHEN J. SAMSON,<br>    Defendants. | : | FEBRUARY 21, 2022 |

## **MOTION TO QUASH**

Plaintiff moves this Court to quash the third-party subpoena issued by Defendants to Peter Pan Bus Lines, Inc. ("Peter Pan"). The subpoena is attached as Exhibit A. Peter Pan was Plaintiff's employer at the time of the incident that is subject of this Action. Defendants' requests for production of documents are not reasonably calculated to lead to admissible evidence and are unreasonably oppressive. They must not be allowed.

Respectfully Submitted,
THE PLAINTIFF,
WENDY ALBERTY,
BY HER ATTORNEY,

/s/ Nate Baber
Nate Baber ct29046
Aeton Law Partners LLP
311 Centerpoint Drive
Middletown, CT 06457
T: (860) 724-2163
F: (860) 724-2161
nate@aetonlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Robert S. Dearington, Esq.      Robert.Dearington@ct.gov
Terrence M. O'Neill, Esq.      Terrence.oneill@ct.gov
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105 Tel:
    *Attorney for Trooper Robert A. Hunter and Sergeant Stephen J. Samson*

          /s/ Nate Baber
          Nate Baber ct29046

2