UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDY ALBERTY,<br>    Plaintiff, | :<br>:<br>: | No. 3:20-CV-01014-AVC |
| v. | :<br>: | |
| TROOPER ROBERT A. HUNTER<br>And SERGEANT STEPHEN J. SAMSON,<br>    Defendants. | :<br>:<br>: | OCTOBER 28, 2022 |

**JOINT STATUS REPORT RE: DISCOVERY**

Pursuant to Court's Order found at Docket Entry 73, entered on October 14, 2022, the parties hereby submit their Joint Status Report as follows:

The Parties have met and conferred and report that the following issues have been resolved:

1. Plaintiff's Motion to Quash (ECF #37) and the related Defendants' Opposition to Motion to Quash (ECF #44). Plaintiff, through counsel, has withdrawn her objections to Defendants' Subpoena directed to *Peter Pan Bus Lines, Inc.*, and therefore the Motion to Quash and Opposition thereto are moot.

The following issues require resolution by the Court:

1. Plaintiff's Motion to Compel (ECF #42), and the related Defendants' Objection to Motion to Compel (ECF#54). Specifically,
   a. The Parties request the Court rule on Plaintiff's Motion to Compel a response to Request for Production # 11 and the relevant objection concerning the Criminal Database Documents, as more fully set forth in the Parties pleadings.

   b. The Parties request the Court rule on Plaintiff's Motion to Compel a response to Interrogatory #8 and Request for Production #8:
   "8. Identify any and all civilian complaints or internal disciplinary proceedings having to do with alleged abuses of your powers as a law enforcement officer, of which you were a subject. As to each such proceeding, state: a. The substance of any change made against you in each such proceeding; b. The name and address of each person who brought such charges;c. The date and outcome of each such proceeding, including the date and nature of any subsequent disciplinary action against you, if any was taken. **ANSWER: Objection. This request is overly broad and vague in its reference to "abuses of power" and is not limited to relevant information."**
   11. Any and all police records concerning internal disciplinary procedures,

regardless of the outcome, to which defendants have been subjected while employed as a police officer.

**RESPONSE: Objection. This request is not limited to relevant information. Defendants agree to respond to this request as limited to disciplinary proceedings involving allegations of misconduct similar to the plaintiff's claims in this case, i.e. false arrest/malicious prosecution. None.**

Respectfully Submitted,

| THE PLAINTIFF, | THE DEFENDANTS, |
|---|---|
| BY HER ATTORNEY, | BY THEIR ATTORNEY |
| /s/ Nate Baber | /s/ Janelle R. Medeiros |
| Nate Baber ct29046 | Janelle R. Medeiros ct30514 |
| Aeton Law Partners LLP | Assistant Attorney General |
| 311 Centerpoint Drive | 110 Sherman Street |
| Middletown, CT 06457 | Hartford, CT 06105 |
| T: (860) 724-2160 | T: (860) 808-5450 |
| F: (860) 724-2161 | F: (860) 808-5591 |
| nate@aetonlaw.com | Janelle.medeiros@ct.gov |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                  /s/ Nate Baber
                                                  Nate Baber ct29046