UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WENDY ALBERTY

    v.                                                                                                                3:20CV1014(JCH)

ROBERT A. HUNTER,
STEPHEN J. SAMSON,
DANIEL DEPTULA,

## JUDGMENT

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motion and on September 26, 2023, entered a Ruling granting the defendant's Motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants, Robert A. Hunter, Stephen J. Samson, and Daniel Deptula, against the plaintiff, Wendy Alberty, and the case is closed.

Dated at New Haven, Connecticut, this 26th Day of September, 2023.

                                                        Dinah Milton Kinney, Clerk

                                                        By /s/ Christina Sichanh
                                                        Christina Sichanh
                                                        Deputy Clerk

Entered on Docket 9/26/2023